AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Securities and Exchange Commission, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 26-cv-06958 |
| Andrew Spaventa, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission .

Date: 08/14/2026

/s/ Elisa S. Solomon
*Attorney's signature*

Elisa S. Solomon (# 5246236)
*Printed name and bar number*

Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004
*Address*

SolomonEl@sec.gov
*E-mail address*

(212) 336-0427
*Telephone number*

(212) 336-1323
*FAX number*