AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Securities and Exchange Commission
*Plaintiff*
v.
Andrew Spaventa, et al.,
*Defendant*

Case No. 26 Civ. 6958

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission .

Date: 08/14/2026

/s/ Lee A. Greenwood
*Attorney's signature*

Lee A. Greenwood, 4776092 (NY)
*Printed name and bar number*

100 Pearl Street, Suite 20-100
New York, NY 10004
*Address*

GreenwoodL@sec.gov
*E-mail address*

(212) 336-1060
*Telephone number*

*FAX number*