IH-32 Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

Full Caption of Later Filed Case:

Securities and Exchange Commission

Plaintiff

vs.

Andrew Spaventa et al.

Defendant

Case Number

26 Civ. 6958

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Securities and Exchange Commission

Plaintiff

vs.

StraightPath Venture Partners LLC, et al.

Defendant

Case Number

22 Civ. 3897 (LAK)

Status of Earlier Filed Case:

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open (If so, set forth procedural status and summarize any court rulings.)

On June 14, 2022, the Court entered a consent order appointing a receiver for defendant entities StraightPath Venture Partners LLC and StraightPath Management LLC. On August 19, 2022, various individual defendants filed an answer to the SEC's complaint. On October 19, 2022, following a motion by the U.S. Attorney's Office, the Court stayed all proceedings in the action pending further order of the Court. The stay was extended multiple times, and was most recently lifted on June 26, 2026 after three of the four individuals charged in the StraightPath action were convicted and sentenced in a parallel criminal action involving substantially the same facts. The parties are scheduled to submit a status report with a case management plan and scheduling order no later than August 31, 2026.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Plaintiff wishes to apprise the Court of the following facts that may be relevant to the Court's determination of relatedness under Rule 13 of the Rules for the Division of Business Among District Judges.

The earlier-filed SEC enforcement action, which is pending before the Hon. Lewis A. Kaplan alleges, among other things, that StraightPath Venture Partners LLC ("StraightPath") violated the registration provisions of the Exchange Act by running an unregistered sales force and made material misstatements and omissions concerning exorbitant fees paid by purchasers of interests in investment funds that purportedly held shares of pre-IPO companies ("Pre-IPO Companies"). The later-filed SEC enforcement action alleges, among other things, that Defendants Andrew Spaventa, The Spaventa Group LLC ("TSG"), TSG Capital Advisors LLC, and TSG Alpha Partners LLC engaged in certain similar conduct. As alleged in the later-filed action, Andrew Spaventa, before forming TSG, previously helped raise money from investors for pre-IPO investment funds managed by StraightPath. In addition, Spaventa modeled several of the offering documents at issue in the newly filed case based on the offering documents used by StraightPath. Finally, the defendants in the newly filed case invested proceeds from two of the funds at issue in StraightPath's funds, corresponding to interests in seven different Pre-IPO Companies. As a result, the StraightPath receivership estate could receive claims from investors in the newly filed case. Treating these cases as related could result in efficiencies with respect to claims processing and investor communications, as well as with respect to potential actions to recover receivership property against the same individuals, while avoiding the disparate treatment of similarly situated investors who purchased interests in both StraightPath and Spaventa funds holdings shares of some of the same Pre-IPO Companies.

At the same time, the defendants in the two actions are not overlapping and the investment funds and particular offerings at issue in the two actions are different, notwithstanding the overlapping underlying investments in several of the same Pre-IPO Companies. Therefore, while numerous facts support relatedness, the Commission does not take a position on the Court's ultimate determination.

Signature: /s/ Elisa S. Solomon Date: 08/14/2026

Securities and Exchange Commission

Firm: ______________________