**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SPAVENTA, THE SPAVENTA GROUP LLC, TSG CAPITAL ADVISORS LLC, and TSG ALPHA PARTNERS LLC,<br><br>Defendants. | : | **No. 1:26-cv-06958 (LAK)** |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, Jonathan E. Goldberg of Oberheiden P.C., who is admitted to practice before this Court, hereby appears in this action as counsel for Defendants Andrew Spaventa, The Spaventa Group LLC, TSG Capital Advisors LLC, and TSG Alpha Partners LLC, and requests that copies of all papers in this action be served upon the undersigned at the address set forth below.

Dated: New York, New York
October 20, 2026

Respectfully submitted,
OBERHEIDEN P.C.

By: ______________________
Jonathan E. Goldberg
30 Wall Street, 8th Floor
New York, New York 10005
Tel.: (917) 570-7684
goldberg@federal-lawyer.com

Attorneys for Defendants Andrew Spaventa, The Spaventa Group LLC, TSG Capital Advisors LLC, and TSG Alpha Partners LLC