Case 1:26-cv-06958-LAK Document 11 Filed 10/20/26 Page 1 of 3

ELECTRONICALLY FILED
DATE FILED: 10-21-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SPAVENTA, THE SPAVENTA GROUP LLC, TSG CAPITAL ADVISORS LLC, and TSG ALPHA PARTNERS LLC,<br><br>Defendants. | : | No. 1:26-cv-06958 (LAK) |

**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT AND SETTING BRIEFING SCHEDULE**

WHEREAS, Plaintiff Securities and Exchange Commission (the "Commission") commenced this action by filing the Complaint on August 14, 2026 (Dkt. 1);

WHEREAS, Defendants Andrew Spaventa, The Spaventa Group LLC, TSG Capital Advisors LLC, and TSG Alpha Partners LLC (together, "Defendants") each waived service of the summons pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, and the time for each Defendant to answer or otherwise respond to the Complaint currently expires on October 23, 2026;

WHEREAS, Defendants intend to move to dismiss the Complaint in part pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and the motion will not be directed to every claim asserted against every Defendant;

WHEREAS, the parties wish to set a single schedule for the briefing of the motion and for Defendants' answer to the Complaint, so that no Defendant is required to answer the Complaint while the motion is pending;

WHEREAS, this is the first request by any party for an extension of time or an adjustment of any schedule in this action, and the Commission consents to the relief set forth below;

WHEREAS, the parties agree that this Stipulation does not reflect any agreement between them as to the commencement of discovery;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, subject to the approval of the Court, as follows:

1. Defendants shall file their motion to dismiss the Complaint in part on or before October 23, 2026.

2. The Commission shall file its memorandum of law in opposition to the motion on or before December 7, 2026.

3. Defendants shall file their reply memorandum of law on or before December 28, 2026.

4. The time for each Defendant to answer or otherwise respond to the Complaint, including as to any claim for relief not addressed by the motion, is extended to fourteen (14) days after the Court enters its decision on the motion, or such other time as the Court may order. If the Commission files an amended complaint, the time for each Defendant to answer or otherwise respond to it shall be governed by Rule 15(a)(3) of the Federal Rules of Civil Procedure or further order of the Court.

5. This Stipulation may be executed in counterparts, and signatures transmitted electronically shall be deemed originals.

Case 1:26-cv-06958-LAK Document 11 Filed 10/20/26 Page 3 of 3

Dated: New York, New York

October 20, 2026

OBERHEIDEN P.C.

By: ______________________
Jonathan E. Goldberg
John Sellers
30 Wall Street, 8th Floor
New York, New York 10005
Tel.: (917) 570-7684
goldberg@federal-lawyer.com
john@federal-lawyer.com
Attorneys for Defendants Andrew Spaventa, The Spaventa Group LLC, TSG Capital Advisors LLC, and TSG Alpha Partners LLC

SECURITIES AND EXCHANGE COMMISSION

By: /s/ Elisa Solomon ______________________
Elisa Solomon
New York Regional Office
100 Pearl Street, Suite 20-100
New York, New York 10004
Tel.: (212) 336-0427
SolomonEl@sec.gov
Attorney for Plaintiff Securities and Exchange Commission

**SO ORDERED.**

______________________
Hon. Lewis A. Kaplan
United States District Judge

Dated: New York, New York
10/21, 2026