UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SPAVENTA, THE SPAVENTA GROUP LLC, TSG CAPITAL ADVISORS LLC, and TSG ALPHA PARTNERS LLC,<br><br>Defendants. | : | **No. 1:26-cv-06958 (LAK)** |

**NOTICE OF DEFENDANTS' PARTIAL MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Jonathan E. Goldberg dated October 23, 2026, and the exhibits thereto, and all prior pleadings and proceedings herein, Defendants Andrew Spaventa, The Spaventa Group LLC, TSG Capital Advisors LLC, and TSG Alpha Partners LLC, by their undersigned counsel, will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time to be determined by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint in part, as follows:

(1) as to Defendant TSG Capital Advisors LLC ("Capital Advisors"), dismissing the First, Third, and Eighth Claims for Relief or, in the alternative, limiting those Claims to conduct on or after December 2024;

(2) as to Defendant TSG Alpha Partners LLC ("Alpha Partners"), dismissing the First and Third Claims for Relief insofar as they assert liability under Section 17(a)(2) of the Securities Act and Rule 10b-5(b) under the Exchange Act, dismissing the Sixth Claim for Relief insofar as

it asserts a primary violation of Section 206(3) of the Investment Advisers Act, and limiting the First, Third, and Sixth Claims for Relief to conduct on or after May 2024;

(3) as to Defendant Andrew Spaventa, dismissing the Second, Fourth, Fifth, Seventh, and Ninth Claims for Relief to the extent they depend on any primary theory dismissed or limited under paragraphs (1) and (2); and

(4) granting such other and further relief as the Court deems just, equitable, and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation and Order entered by the Court on October 21, 2026 (Dkt. 12), the Commission's opposition papers are due on or before December 7, 2026, and Defendants' reply papers are due on or before December 28, 2026.

Dated: New York, New York
October 23, 2026

Respectfully submitted,

OBERHEIDEN P.C.

By: ______________________
Jonathan E. Goldberg
John Sellers
30 Wall Street, 8th Floor
New York, New York 10005
Tel.: (917) 570-7684
goldberg@federal-lawyer.com
john@federal-lawyer.com
Attorneys for Defendants

TO: Counsel of record for Plaintiff Securities and Exchange Commission (via ECF)