**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SPAVENTA, THE SPAVENTA GROUP LLC, TSG CAPITAL ADVISORS LLC, and TSG ALPHA PARTNERS LLC,<br><br>Defendants. | : | **No. 1:26-cv-06958 (LAK)** |

**DECLARATION OF JONATHAN E. GOLDBERG**
**IN SUPPORT OF DEFENDANTS' PARTIAL MOTION TO DISMISS**

JONATHAN E. GOLDBERG declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am Senior Litigation Counsel at Oberheiden P.C., attorneys for Defendants Andrew Spaventa, The Spaventa Group LLC, TSG Capital Advisors LLC, and TSG Alpha Partners LLC in this action. I am admitted to practice before this Court. I submit this declaration to place before the Court two documents that the Complaint quotes and relies upon, in support of Defendants' partial motion to dismiss. Each exhibit consists of the private placement memorandum itself; the form of operating agreement appended to each memorandum as an exhibit is omitted because it is not relied upon. Because the documents do not bear printed page numbers, each page of Exhibits A and B has been stamped with an exhibit page number at the lower right, and citations to the exhibits in the accompanying Memorandum of Law refer to those stamped page numbers.

2. Attached as Exhibit A is a true and correct copy of the Confidential Private Placement Memorandum of TSG Vision Fund Series AI 1024 LLC, dated November 22, 2024, which the Complaint refers to as the PPM for "Fund 10." Compl. ¶¶ 22, 110–13, 140.

3. Attached as Exhibit B is a true and correct copy of the Confidential Private Placement Memorandum of TSG Vision Fund Series 1 LLC, dated January 21, 2025, which the Complaint refers to as the PPM for "Fund 11." Compl. ¶¶ 22, 110–13, 140.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: New York, New York
October 23, 2026

Jonathan E. Goldberg