**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SPAVENTA, THE SPAVENTA GROUP LLC, TSG CAPITAL ADVISORS LLC, and TSG ALPHA PARTNERS LLC,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **No. 1:26-cv-06958 (LAK)** |

**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSE TO THE FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE**

WHEREAS, Plaintiff Securities and Exchange Commission (the "Commission") commenced this action by filing the Complaint on August 14, 2026 (Dkt. 1);

WHEREAS, by Stipulation and Order entered October 21, 2026 (Dkt. 12), the Court set a schedule for the briefing of Defendants' anticipated motion to dismiss and provided that, if the Commission filed an amended complaint, the time for Defendants Andrew Spaventa, The Spaventa Group LLC, TSG Capital Advisors LLC, and TSG Alpha Partners LLC (together, "Defendants") to respond to it would be governed by Rule 15(a)(3) of the Federal Rules of Civil Procedure or further order of the Court;

WHEREAS, on October 23, 2026, Defendants moved to dismiss the Complaint in part (Dkts. 13–15);

WHEREAS, on November 13, 2026, the Commission filed a First Amended Complaint (Dkt. 16) pursuant to Rule 15(a)(1)(B), which supersedes the Complaint, and the parties agree that Defendants' pending motion is therefore moot;

WHEREAS, under Rule 15(a)(3), Defendants' time to answer or otherwise respond to the First Amended Complaint currently expires on November 27, 2026, and the parties wish to set a schedule for Defendants' response and for the briefing of any motion directed to the First Amended Complaint;

WHEREAS, this is Defendants' second request for an extension of time; the first request (Dkt. 12) was granted; and the Commission consents to the relief set forth below;

WHEREAS, the parties agree that this Stipulation does not reflect any agreement between them as to the commencement of discovery;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, subject to the approval of the Court, as follows:

1. Defendants' motion to dismiss the Complaint in part (Dkt. 13) is withdrawn as moot, without prejudice to any argument raised in it, and the briefing schedule set in paragraphs 2 and 3 of the October 21, 2026 Order (Dkt. 12) is vacated.

2. Defendants shall answer, move, or otherwise respond to the First Amended Complaint on or before December 18, 2026.

3. If Defendants move with respect to the First Amended Complaint, the Commission shall file its memorandum of law in opposition on or before February 1, 2027, and Defendants shall file their reply memorandum of law on or before February 22, 2027.

4. The time for each Defendant to answer the First Amended Complaint, including as to any claim for relief not addressed by any such motion, is extended to fourteen (14) days after the Court enters its decision on the motion, or such other time as the Court may order.

5. This Stipulation may be executed in counterparts, and signatures transmitted electronically shall be deemed originals.

Dated: New York, New York

November 19, 2026

OBERHEIDEN P.C.

By: /s/ Jonathan E. Goldberg
Jonathan E. Goldberg
John Sellers
30 Wall Street, 8th Floor
New York, New York 10005
Tel.: (917) 570-7684
goldberg@federal-lawyer.com
john@federal-lawyer.com
Attorneys for Defendants Andrew Spaventa, The Spaventa Group LLC, TSG Capital Advisors LLC, and TSG Alpha Partners LLC

SECURITIES AND EXCHANGE COMMISSION

By: /s/ Elisa Solomon
Elisa Solomon
New York Regional Office
100 Pearl Street, Suite 20-100
New York, New York 10004
Tel.: (212) 336-0427
SolomonEl@sec.gov
Attorney for Plaintiff Securities and Exchange Commission

**SO ORDERED.**

______________________________
Hon. Lewis A. Kaplan
United States District Judge

Dated: New York, New York
_______________, 2026